# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0634

VERSUS

JOSEPH ANDREW ST. ROMAIN, JR.

**OCTOBER 10, 2023**

---

In Re:   Joseph  Andrew  St.  Romain,  Jr.,  applying  for
supervisory  writs,  21st  Judicial  District  Court,
Parish of Livingston, No. 34954.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                          PMc
                          CHH
                          SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT